IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY MORALES,

    Plaintiff,

v.                                            No. 2:24-cv-576 GBW/KRS

SOUTHEAST NEW MEXICO COMMUNITY
ACTION CORPORATION, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS

    At the Rule 16 scheduling conference held on September 19, 2024, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED**.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE