UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY "TONY" MORALES,

    **Plaintiff,**

    v.                                              No. 2:24-cv-00576-GBW-KRS

SOUTHEAST NM COMMUNITY
ACTION CORP.; RITA GONZALES;
SOPHIE GONZALES; AND
DEBRA SIMMONS

    **Defendants.**

## ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO WITHDRAW

THIS MATTER is before the Court on Plaintiff's Counsel's Motion for Leave to Withdraw as counsel for Plaintiff. (Doc. 44). Having reviewed the Motion, and being otherwise advised in the premises, the Court FINDS the Motion is well-taken and orders as follows:

    1.    The Motion is GRANTED.

    2.    Attorney K. Renee Gantert is hereby withdrawn as counsel of record for Plaintiff Anthony "Tony" Morales in the above captioned matter.

IT IS SO ORDERED this 23rd day of May, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

By: */s/ Renee Gantert*
K. Renee Gantert
krgantert@gmail.com

10763 S. Van Trap Spring Dr.
Vail, AZ 85641
Phone: 520.328.5848


Approved:

*via email 05/22/2025*
_____

JACKSON LEWIS P.C.

Michael J. DePonte
New Mexico Bar No. 160937
Michael.deponte@jacksonlewis.com
500 N. Akard, Suite 2500
Dallas, Texas 75201
Phone: 214.520.2400
Fax: 214.520.2008

Mehreen Mazhar
Mehreen.Mazhar@jacksonlewis.com
200 Spectrum Center Drive
Suite 500
Orange County, CA 92618
Phone: 949.885.1360

**ATTORNEYS FOR DEFENDANT**